

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

BRYAN MICHAEL COOMBES,

    Debtor

Chapter 13
Case No. 23-11664-JEB

## Proceeding Memorandum and Order

**MATTER:**

#10 Expedited Motion filed by Creditor Leonard Behaj for Relief from Stay Re: 322 Summer Avenue, Reading, MA

**Decision set forth more fully as follows:**

Hearing held on October 26, 2023. For the reasons set forth on the record, the Motion is granted as follows. The Court finds that, pursuant to Section 362(b)(22) of the Code, the automatic stay did not apply to the eviction proceedings by Leonard Behaj against the Debtor with respect to 322 Summer Avenue, Reading, MA ("Property"). To the extent the automatic stay is in effect, Mr. Behaj is granted relief from the automatic stay to obtain possession of the Property, including any proceedings in the Housing Court Department of the Trial Court of Massachusetts, but may not seek to obtain or enforce any claim for damages against the Debtor or property of the Debtor.

The fourteen-day stay of this Order pursuant to Fed. R. Bankr. P. 4001(a)(3) shall not apply, and the Order is effective immediately.

Dated: October 26, 2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge