

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>BRYAN MICHAEL COOMBES,<br><br>       Debtor | Chapter 13<br>Case No. 23-11664-JEB |

### Order

**MATTER:**
#5 Order to Update dated October 10, 2023
#25 Order dated October 19, 2023 Re: [11] Application to Pay Filing Fee in Installments

The Debtor has failed to comply with the Court's October 10, 2023 Order to Update by having failed to timely file the required documents listed in the Order to Update. The Debtor has also failed to comply with the Court's October 19, 2023 Order by having failed to pay the balance of the filing fee.

The deadline to file the required documents and the deadline to pay the filing fee are extended to **November 6, 2023**. If the Debtor fails to timely file the documents and pay the filing fee, the case will be dismissed.

Dated: October 30, 2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge